| | | |
|---|---|---|
| JAMES E. STEVENS | The Honorable: | Manuel Barbosa |
| 6833 Stalter Drive | Chapter  7 | |
| Rockford, IL 61108 | Location: | 211 South Court Street, Room 115, Rockford, IL |
| (815) 962-6611 | Hearing Date: | 11/25/2009 |
| Chapter 7 Trustee | Hearing Time: | 09:30 |
| | Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: WOODFORD, TAMMY L    §   Case No. 08-74099
§
§
Debtor(s)    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   United States Bankruptcy Court

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 11/25/2009 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 10/07/2009     By: /s/JAMES E. STEVENS
                                           Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108

| | |
|---|---|
| JAMES E. STEVENS | The Honorable:        Manuel Barbosa |
| 6833 Stalter Drive | Chapter   7 |
| Rockford, IL  61108 | Location:       211 South Court Street, Room 115, Rockford, IL |
| (815) 962-6611 | Hearing Date:                              11/25/2009 |
| Chapter 7 Trustee | Hearing Time:                              09:30 |
| | Response Date:                             / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: WOODFORD, TAMMY L         §   Case No. 08-74099
                                 §
                                 §
                                 §
Debtor(s)                        §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*         $         6,237.59

*and approved disbursements of*              $             7.80

*leaving a balance on hand of* [1]           $         6,229.79

Claims of secured creditors will be paid as follows:

*Claimant*                                          *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant*            *Fees*            *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Trustee* | JAMES E. STEVENS | $ 1,373.76 | $ |
| *Attorney for trustee* | Barrick, Switzer Law firm | $ 875.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 21,867.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Recovery Management Systems Corporation | $ 2,334.98 | $ 425.10 |
| 3 | Recovery Management Systems Corporation | $ 981.23 | $ 178.64 |
| 4 | Recovery Management Systems Corporation | $ 684.58 | $ 124.63 |
| 5 | Recovery Management Systems Corporation | $ 964.46 | $ 175.59 |
| 6 | Recovery Management Systems Corporation | $ 16,733.63 | $ 3,046.46 |
| 8 | Acct Rcv Svc | $ 58.50 | $ 10.65 |
| 9 | Check It A Unit of RMA | $ 109.62 | $ 19.96 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|

UST Form 101-7-NFR (9/1/2009)

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*
                          N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores                Page 1 of 2                   Date Rcvd: Oct 23, 2009
Case: 08-74099                Form ID: pdf006              Total Noticed: 64


The following entities were noticed by first class mail on Oct 25, 2009.
db           +Tammy L Woodford,    4821 Clearsky Dr,    Rockford, IL 61109-3147
aty          +David Gallagher,    Legal Helpers,    233 S. Wacker, Suite 5150,    Chicago, IL 60606-6371
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
12978872     +Acct Rcv Svc,    5183 Harlem Rd Ste,    Loves Park, IL 61111-3448
13461879     +Amcore Bank,    Attn: Marilyn K Kiefer,    1210 South Alpine Rd,    Rockford, IL 61108-3946
12978873     +Amcore Bank N A,    501 7th St,    Rockford, IL 61104-1299
12978874     +Associates,    3502 East State St,    Rockford, IL 61108-1914
12978876     +Bank One,    Po Box 2071,    Milwaukee, WI 53201-2071
12978875     +Bank of America,    Po Box 26012,    Nc4-105-03-14,    Greensboro, NC 27420-6012
12978877     +Bur Col Reco,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
12978878     +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
13803160      Check It A Unit of RMA,    P.O.Box 6264,    Rockford, Illinois 61125-1264
12978879     +Cingular Wireless,    5020 Ash Grove Road,    Springfield, IL 62711-6329
12978880     +Citi Cards,    PO Box 688906,    Des Moines, IA 50368-8906
12978881     +Citibank / Sears,    P.O. Box 20363,    Kansas City, MO 64195-0363
12978871     +David Gallagher,    Legal Helpers, PC,    Sears Tower,    233 S. Wacker Suite 5150,
               Chicago, IL 60606-6371
12978888    ++++FIRST USA BANK N A,    3 PIEDMONT CTR NE,    ATLANTA GA 30305-4613
             (address filed with court: First Usa Bank N A,     3565 Piedmont Rd Ne,    Atlanta, GA 30305)
12978884     +Family Optical Center,    1393 S. Alpine Rd,    Rockford, IL 61108-4069
12978885     +Fashion Bug/soanb,    Tsys Debt Mgmt Attn: Bankruptcy,    6356 Corley Rd,
               Norcross, GA 30071-1704
12978886      Financial Asset Mngmnt Systems,    PO Box 926050,    Norcross, GA 30010-6050
12978887     +First USA Bank - Chase,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
12978891     +Gemb/fox Jewelers,    Po Box 981400,    El Paso, TX 79998-1400
12978892     +HSBC,    Hsbc Card Srvs Attn: Bankruptcy,     Po Box 5213,    Carol Stream, IL 60197-5213
12978893     +HSBC / Best Buy,    Po Box 15522,    Wilmington, DE 19850-5522
12978894     +HSBC Nv/GM Card,    Hsbc Card Srvs    Attn: Bankruptcy,    Po Box 5213,
               Carol Stream, IL 60197-5213
12978897      MBNA,    PO Box 15286,    Wilmington, DE 19886-5286
12978898     +Midland Mortgage Company,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6116
12978899     +Mutual Management,    401 E State St,    Rockford, IL 61104-1027
12978900     +National Bank & Trust,    230 W State St,    Sycamore, IL 60178-1489
12978901     +Newport News,    Card Processing Ce P.o. Box 9204,    Old Bethpage, NY 11804-9004
12978902     +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
12978903     +Northern Illinois Scanning,    P.O. Box 4073,    Rockford, IL 61110-0573
12978905     +Radiology Consultants of Rockford,    P.O. Box 4542,    Rockford, IL 61110-4542
12978906      Rckvlley Fcu,    1201 C        D,    Loves Park, IL 61111
12978908     +Rnb-fields3,    Attn: Marshall Fields/Macys,    6356 Corley Rd,    Norcross, GA 30071-1704
12978909      Rock Valcrun,    1201 C        D,    Loves Park, IL 61111
12978910     +Rockford Health Physicians,    2300 N Rockton Ave,    Rockford, IL 61103-3619
12978911     +Rockford Mercantile,    2502 S Alpine Rd,    Rockford, IL 61108-7813
12978913      Sears,    PO Box 182156,    Columbus, OH 43218-2156
12978914     +State Collection Servi,    Attn: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
12978915     +Swedish American Hospital,    P.O. Box 4448,    Rockford, IL 61110-0948
12978916     +Target,    Po Box 1327,    Mail Stop 3CK,    Minneapolis, MN 55440-1327
12978918    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank,    Cb Disputes Po Box 108,    Saint Louis, MO 63166)
12978917     +University of Wisconsin Hospitals,    and Clinics Authority,    600 Highland Ave,
               Madison, WI 53792-0001
12978920     +VISA,    P.O Box 77044,    Madison, WI 53707-1044
12978919     +Victoria's Secret,    Po Box 182685,    Columbus, OH 43218-2685
12978921     +W. Steve Yoon, MD,    Rockford Eye & Laser Center,    4777 E. State Street,
               Rockford, IL 61108-2273
12978924     +WFNNB/Value City Furn,    220 W. Schrock Rd.,    Westerville, OH 43081-2873
12978922     +Wells Fargo Financial,    P O Box 98798,    Las Vegas, NV 89193-8798
12978923     +Wffinancial,    4920 E State St,    Rockford, IL 61108-2272

The following entities were noticed by electronic transmission on Oct 23, 2009.
12978883     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 24 2009 04:17:44      Discover Financial,
               Po Box 3025,    New Albany, OH 43054-3025
12978889     +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2009 04:04:05      GEMB / JC Penny,
               Ge Money/Attn: Bankruptcy Dept,    4125 Windward Plaza Building 300,    Alpharetta, GA 30005-8738
12978890      E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2009 04:04:05      GEMB / Old Navy,    Po Box 103106,
               Roswell, GA 30076
12978882      E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2009 04:04:05      Conseco Finance,    Po Box 6154,
               Rapid City, SD 57709
12978895     +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2009 04:04:05      Jc Penney,
               Ge Money/Attn: Bankruptcy Dept,    4125 Windward Plaza, Building 300,    Alpharetta, GA 30005-8738
12978896     +E-mail/PDF: cr-bankruptcy@kohls.com Oct 24 2009 04:18:09      Kohls,    Po Box 3120,
               Milwaukee, WI 53201-3120
12978904      E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2009 04:04:05      Old Navy/GEMB,    Po Box 103106,
               Roswell, GA 30076
13612129     +E-mail/PDF: rmscedi@recoverycorp.com Oct 24 2009 04:04:06
               Recovery Management Systems Corporation,    For Capital Recovery II,
               As Assignee of GE Capital - JC Penney Co,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13612127     +E-mail/PDF: rmscedi@recoverycorp.com Oct 24 2009 04:04:06
               Recovery Management Systems Corporation,    For Capital Recovery II,
               As Assignee of GE Capital - Old Navy,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13612085     +E-mail/PDF: rmscedi@recoverycorp.com Oct 24 2009 04:04:06
               Recovery Management Systems Corporation,    For Capital Recovery II,
               As Assignee of GE Capital - Sam's Club,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
```

```
District/off: 0752-3          User: jshores              Page 2 of 2                  Date Rcvd: Oct 23, 2009
Case: 08-74099                Form ID: pdf006            Total Noticed: 64

The following entities were noticed by electronic transmission (continued)
13614439      +E-mail/PDF: rmscedi@recoverycorp.com Oct 24 2009 04:04:06
               Recovery Management Systems Corporation,   For Capital Recovery II,   As Assignee of Citibank,
               25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13612088      +E-mail/PDF: rmscedi@recoverycorp.com Oct 24 2009 04:04:06
               Recovery Management Systems Corporation,   For Capital Recovery II,   As Assignee of Sears,
               25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
12978907      +E-mail/Text: resurgentbknotifications@resurgent.com
               Resurgent Capital Service/Sherman Acquis,   Po Box 10587,   Greenville, SC 29603-0587
12978912       E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2009 04:04:05     Sams Club,   Ge Consumer Finance,
               Po Box 103104,   Roswell, GA 30076
                                                                                             TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
               Rockford, Il 61108-2579
12978870*     +Tammy L Woodford,   4821 Clearsky Dr,   Rockford, IL 61109-3147
                                                                                             TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 25, 2009**                **Signature:** _Joseph Speetjens_