# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

MAR 1 - 2010

In re: WOODFORD, TAMMY L          § Case No. 08-74099
                                  §
                                  §
                                  §
Debtor(s)                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $197,684.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $3,981.03 | Claims Discharged Without Payment: $69,803.45 |
| Total Expenses of Administration: $2,256.56 | |

3) Total gross receipts of $ 6,237.59 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,237.59 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $143,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 2,256.56 | 2,256.56 | 2,256.56 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 68,676.98 | 21,867.00 | 21,867.00 | 3,981.03 |
| **TOTAL DISBURSEMENTS** | $211,676.98 | $24,123.56 | $24,123.56 | $6,237.59 |

4) This case was originally filed under Chapter 7 on December 18, 2008.
. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/22/2010          By: /s/JAMES E. STEVENS
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Internal Revenue Refund | 1224-000 | 6,056.00 |
| IllinoisDepartment of Revenue refund | 1224-000 | 180.00 |
| Interest Income | 1270-000 | 1.59 |
| **TOTAL GROSS RECEIPTS** | | **$6,237.59** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Amcore Bank | 4210-000 | 14,974.00 | N/A | N/A | 0.00 |
| National Bank & Trust | 4210-000 | 12,145.00 | N/A | N/A | 0.00 |
| MIdland Mortgage Company | 4110-000 | 115,881.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$143,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,373.76 | 1,373.76 | 1,373.76 |
| Barrick, Switzer Law firm | 3110-000 | N/A | 875.00 | 875.00 | 875.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 7.80 | 7.80 | 7.80 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,256.56 | 2,256.56 | 2,256.56 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Recovery Management Systems Corporation | 7100-000 | N/A | 2,334.98 | 2,334.98 | 425.10 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 981.23 | 981.23 | 178.64 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 684.58 | 684.58 | 124.63 |

**UST Form 101-7-TDR (9/1/2009)**

| Creditor | Code | | | | |
|---|---|---|---|---|---|
| Recovery Management Systems Corporation | 7100-000 | N/A | 964.46 | 964.46 | 175.59 |
| Recovery Management Systems Corporation | 7100-000 | 16,701.00 | 16,733.63 | 16,733.63 | 3,046.46 |
| Acct Rcv Svc | 7100-000 | 58.50 | 58.50 | 58.50 | 10.65 |
| Check It A Unit of RMA | 7100-000 | N/A | 109.62 | 109.62 | 19.96 |
| RESURGENT CAPITAL SERVICE | 7100-000 | 902.00 | N/A | N/A | 0.00 |
| RESURGENTCAPITAL | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| MARSHALL FIELDS/MACYS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NEWPORT NEWS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| ROCK VALCRUN | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NICOR GAS | 7100-000 | 47.00 | N/A | N/A | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | 7100-000 | 22.00 | N/A | N/A | 0.00 |
| ROCKVALLEY FCU | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| RADIOLOGY CONSULTANTS OF ROCKFORD | 7100-000 | 158.00 | N/A | N/A | 0.00 |
| MUTUAL MANAGEMENT | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NORTHERN ILLINOIS SCANNING | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| UNIVERSITY OF WISCONSIN | 7100-000 | 2,100.00 | N/A | N/A | 0.00 |
| WELLS FARGO FINANCIAL | 7100-000 | 972.00 | N/A | N/A | 0.00 |
| W.STEVEN YOON, M.D. | 7100-000 | 442.00 | N/A | N/A | 0.00 |
| WFFINANCIAL | 7100-000 | 923.00 | N/A | N/A | 0.00 |
| VISA | 7100-000 | 12,912.48 | N/A | N/A | 0.00 |
| WFNNB/VALUE CITY FIN | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| VICTORIA'S SEFCRET | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| TARGET | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| SWEDISH AMERICAN HOSPITAL | 7100-000 | 3,857.00 | N/A | N/A | 0.00 |
| MBNA | 7100-000 | 10,991.00 | N/A | N/A | 0.00 |
| STATE COLLECTION | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| US BANK | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| hsbc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| KOHL'S | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Associates | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Sears | 7100-000 | 405.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Bank of America | 7100-000 | 16,701.00 | N/A | N/A | 0.00 |
| Bank One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Bur Col Reco | 7100-000 | 713.00 | N/A | N/A | 0.00 |
| Cingular Wireless | 7100-000 | 714.00 | N/A | N/A | 0.00 |
| Gemb/Fox Jewelers | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| First USA Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| First USA Bank - Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| BEST BUY | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Financial Asset Mgnmnt Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Discover Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Conseco Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Family Optical Center | 7100-000 | 58.00 | N/A | N/A | 0.00 |
| GM CARD | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Fashion Bug/soanb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 68,676.98 | 21,867.00 | 21,867.00 | 3,981.03 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 08-74099 | Trustee: | (330420) JAMES E. STEVENS |
|---|---|---|---|
| Case Name: | WOODFORD, TAMMY L | Filed (f) or Converted (c): | 12/18/08 (f) |
| | | §341(a) Meeting Date: | 01/16/09 |
| Period Ending: 02/20/10 | | Claims Bar Date: | 04/21/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate located at 4821 Clearsky Dr, Rockfor | 131,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Rock Valley Federal CU | 159.00 | 0.00 | DA | 0.00 | FA |
| 3 | Miscellaneous used household goods | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous books, tapes, CD's etc. | 30.00 | 0.00 | DA | 0.00 | FA |
| 5 | Personal Used Clothing | 450.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous costume jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Jefferson Pilot - Term Life Insurance - no cash | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | 401k through employer - 100% exempt - Please Pro | 44,734.00 | 0.00 | DA | 0.00 | FA |
| 9 | Back child support owed to debtor by Kevin Willi | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2002 Chevy Trailblazer 68,000 miles Kbb Value | 7,555.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2003 Hyundai Sonata 68,000 miles Kbb value | 6,220.00 | 0.00 | DA | 0.00 | FA |
| 12 | Internal Revenue Refund (u) | 6,056.00 | 6,056.00 | DA | 6,056.00 | FA |
| 13 | IllinoisDepartment of Revenue refund (u) | 180.00 | 180.00 | DA | 180.00 | FA |
| 14 | TimeShare Taney County, Missouri | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | Time Share Flint TX | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.59 | FA |
| 16 | Assets  Totals (Excluding unknown values) | $197,684.00 | $6,236.00 | | $6,237.59 | $0.00 |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):    June 30, 2009        Current Projected Date Of Final Report (TFR):    October 7, 2009  (Actual)

Printed: 02/20/2010 07:35 AM    V.11.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-74099 | | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| Case Name: | WOODFORD, TAMMY L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*80-65 - Money Market Account |
| Taxpayer ID #: | 54-6936249 | | Blanket Bond: | $118,000.00 (per case limit) |
| Period Ending: | 02/20/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 03/26/09 | | Tammy Woodford | | | 6,236.00 | | 6,236.00 |
| | {12} | | 6,056.00 | 1224-000 | | | 6,236.00 |
| | {13} | | 180.00 | 1224-000 | | | 6,236.00 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 6,236.01 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,236.26 |
| 05/28/09 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/28/2009 FOR CASE #08-74099 | 2300-000 | | 7.80 | 6,228.46 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,228.70 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,228.97 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,229.23 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,229.49 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,229.74 |
| 10/07/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.05 | | 6,229.79 |
| 10/07/09 | | To Account #\*\*\*\*\*\*\*\*8066 | transfer to close money market account | 9999-000 | | 6,229.79 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,237.59 | 6,237.59 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,229.79 | |
| | | | Subtotal | | 6,237.59 | 7.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,237.59 | $7.80 | |

{} Asset reference(s)  Printed: 02/20/2010 07:35 AM  V.11.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-74099 | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- |
| Case Name: | WOODFORD, TAMMY L | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****80-66 - Checking Account |
| Taxpayer ID #: | 54-6936249 | Blanket Bond: | $118,000.00 (per case limit) |
| Period Ending: | 02/20/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/07/09 | | From Account #********8065 | transfer to close money market account | 9999-000 | 6,229.79 | | 6,229.79 |
| 11/30/09 | 101 | Barrick, Switzer Law firm | Dividend paid 100.00% on $875.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 875.00 | 5,354.79 |
| 11/30/09 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,373.76, Trustee Compensation; Reference: | 2100-000 | | 1,373.76 | 3,981.03 |
| 11/30/09 | 103 | Recovery Management Systems Corporation | Dividend paid 18.20% on $2,334.98; Claim# 2; Filed: $2,334.98; Reference: | 7100-000 | | 425.10 | 3,555.93 |
| 11/30/09 | 104 | Recovery Management Systems Corporation | Dividend paid 18.20% on $981.23; Claim# 3; Filed: $981.23; Reference: | 7100-000 | | 178.64 | 3,377.29 |
| 11/30/09 | 105 | Recovery Management Systems Corporation | Dividend paid 18.20% on $684.58; Claim# 4; Filed: $684.58; Reference: | 7100-000 | | 124.63 | 3,252.66 |
| 11/30/09 | 106 | Recovery Management Systems Corporation | Dividend paid 18.20% on $964.46; Claim# 5; Filed: $964.46; Reference: | 7100-000 | | 175.59 | 3,077.07 |
| 11/30/09 | 107 | Recovery Management Systems Corporation | Dividend paid 18.20% on $16,733.63; Claim# 6; Filed: $16,733.63; Reference: | 7100-000 | | 3,046.46 | 30.61 |
| 11/30/09 | 108 | Acct Rcv Svc | Dividend paid 18.20% on $58.50; Claim# 8; Filed: $58.50; Reference: | 7100-000 | | 10.65 | 19.96 |
| 11/30/09 | 109 | Check It A Unit of RMA | Dividend paid 18.20% on $109.62; Claim# 9; Filed: $109.62; Reference: | 7100-000 | | 19.96 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | | 6,229.79 | 6,229.79 | $0.00 |
| Less: Bank Transfers | | 6,229.79 | 0.00 | |
| Subtotal | | 0.00 | 6,229.79 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $6,229.79 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****80-65 | 6,237.59 | 7.80 | 0.00 |
| Checking # ***-*****80-66 | 0.00 | 6,229.79 | 0.00 |
| | $6,237.59 | $6,237.59 | $0.00 |

{} Asset reference(s)

Printed: 02/20/2010 07:35 AM V.11.54

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

December 01, 2009 through December 31, 2009
Account Number: **000312196358066**

---

**CUSTOMER SERVICE INFORMATION**

Service Center:  1-800-634-5273

---



00018381   802 24 00410 - NNNNN  1 000000000  60 0000
08-74099 WOODFORD TAMMY L
DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## CHECKING SUMMARY   Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $6,229.79 |
| Checks Paid | 9 | - 6,229.79 |
| Ending Balance | 9 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 12/01 | $875.00 |
| 102 | 12/01 | 1,373.76 |
| 103 | 12/04 | 425.10 |
| 104 | 12/04 | 178.64 |
| 105 | 12/04 | 124.63 |
| 106 | 12/04 | 175.59 |
| 107 | 12/04 | 3,046.46 |
| 108 | 12/03 | 10.65 |
| 109 | 12/10 | 19.96 |
| **Total Checks Paid** |  | **$6,229.79** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/01 | $3,981.03 |
| 12/03 | 3,970.38 |
| 12/04 | 19.96 |
| 12/10 | 0.00 |

Page 1 of 6

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

January 01, 2010 through January 29, 2010
Account Number: **000312196358066**

## CUSTOMER SERVICE INFORMATION

Service Center:  1-800-634-5273



00017344   802 24 03210 - NNNNN  1 000000000 60 0000
08-74099 WOODFORD TAMMY L
DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## CHECKING SUMMARY | Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $0.00 |
| Ending Balance | 0 | $0.00 |

Page 1 of 1

JPMorganChase

May 30, 2009 through June 30, 2009
Account Number: **000312196358065**

ACCOUNT # 000312196358065
WOODFORD TAMMY L
08-74099

## IMAGES

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 13th Floor, New York, NY 10004

VOID AFTER 90 DAYS

1001
1-2/210

TID 4330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

| Case | Debtor |
|---|---|
| 08-74099 MB 312196358065 | WOODFORD, TAMMY L |
| BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/28/2009 FOR CASE #08-74099 0160180067 | |

Date 05/28/2009 $ ************7.80

---Seven Dollars and 80/100

Pay to the Order of INTERNATIONAL SURETIES, LTD.
210 BARONNE STREET, SUITE 210
NEW ORLEANS LA 70112

JAMES E. STEVENS

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈0000 1001⑈ ⑆021000021⑆312196358065⑈ ⑇0000000780⑇

005980725852 JUN 12 #0000001001 $7.80

PAY TO THE ORDER OF
WHITNEY NATIONAL
INTERNATIONAL SURETIES, LTD
GLOBAL SURETY, LLC
EF ACCT# 71179754

WHITNEY NTL BANK
06/11/09
0220604994

005980725852 JUN 12 #0000001001 $7.80



JPMorganChase

December 01, 2009 through December 31, 2009
Account Number: 000312196358066

ACCOUNT # 000312196358066
WOODFORD TAMMY L
08-74099

# IMAGES

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 101

Case 08-74099 MB Debtor WOODFORD, TAMMY L 312196358066
Dividend paid 100.00% on $875.00, Attorney for Trustee Fees (Trustee Firm), Reference:

JAMES E. STEVENS 6833 STALTER ROCKFORD IL 61108

Date 11/30/2009 $ *********875.00

---Eight Hundred Seventy-Five Dollars and 00/100

Pay to the Order of Barrick, Switzer Law firm 6833 Stalter Drive Rockford IL 61108

JAMES E. STEVENS

002980816592 DEC 01 #0000000101 $875.00

PAY TO THE ORDER OF ALPINE BANK 071923307 ROCKFORD-IL FOR DEPOSIT ONLY BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA ATTORNEYS AT LAW 70045935

002980816592 DEC 01 #0000000101 $875.00

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 102

Case 08-74099 MB Debtor WOODFORD, TAMMY L 312196358066
Dividend paid 100.00% on $1,373.76, Trustee Compensation, Reference

JAMES E. STEVENS 6833 STALTER ROCKFORD IL 61108

Date 11/30/2009 $ *******1,373.76

---One Thousand Three Hundred Seventy-Three Dollars and 76/100

Pay to the Order of JAMES E. STEVENS 6833 Stalter Drive Rockford IL 61108

JAMES E. STEVENS

002980816590 DEC 01 #0000000102 $1,373.76

PAY TO THE ORDER OF ALPINE BANK 071923307 ROCKFORD-IL FOR DEPOSIT ONLY BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA ATTORNEYS AT LAW 70045935

002980816590 DEC 01 #0000000102 $1,373.76



JPMorganChase

December 01, 2009 through December 31, 2009

Account Number: **000312196358066**

ACCOUNT # 000312196358066
WOODFORD TAMMY L
08-74099

JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 13th Floor, New York, NY 10004

VOID AFTER 90 DAYS

103
1-2/210

| Case | Debtor |
| --- | --- |
| 08-74099 MB | WOODFORD, TAMMY L |
| 312196358066 | |

Dividend paid 18.22% on $2,334.98; Claim# 2; Filed: $2,334.98; Reference:

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 11/30/2009 $ *********425.10

---Four Hundred Twenty-Five Dollars and 10/100

Pay to the Order of
Recovery Management Systems Corporation
For Capital Recovery II,As Assignee of
GE Capital - Sam's Club,25 SE 2nd Avenue
Miami FL 33131

JAMES E. STEVENS

⑈000000103⑈ ⑆021000021⑆312196358066⑈

008390260436 DEC 04 #0000000103 $425.10

FOR DEPOSIT ONLY ACCT 55598919

008390260436 DEC 04 #0000000103 $425.10

JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 13th Floor, New York, NY 10004

VOID AFTER 90 DAYS

104
1-2/210

| Case | Debtor |
| --- | --- |
| 08-74099 MB | WOODFORD, TAMMY L |
| 312196358066 | |

Dividend paid 18.20% on $981.25; Claim# 3; Filed: $981.25; Reference:

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 11/30/2009 $ *********178.64

---One Hundred Seventy-Eight Dollars and 64/100

Pay to the Order of
Recovery Management Systems Corporation
For Capital Recovery II,As Assignee of
Sears,25 SE 2nd Avenue Suite 1120
Miami FL 33131

JAMES E. STEVENS

⑈000000104⑈ ⑆021000021⑆312196358066⑈

008390260437 DEC 04 #0000000104 $178.64

FOR DEPOSIT ONLY ACCT 55598919

008390260437 DEC 04 #0000000104 $178.64

10183810603000000066

00431130030010015018



JPMorganChase

December 01, 2009 through December 31, 2009
Account Number: **000312196358066**

ACCOUNT # 000312196358066
WOODFORD TAMMY L
08-74099

JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 13th Floor, New York, NY 10004
VOID AFTER 90 DAYS
105
1-2/210
TTD #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

| Case | Debtor |
|---|---|
| 08-74099 MB 312196358066 | WOODFORD, TAMMY L |
| Dividend paid 18.20% on $684.58; Claim# 4, Filed: $684.58, Reference: | |

Date 11/30/2009 $ *********124.63

---One Hundred Twenty-Four Dollars and 63/100

Pay to the Order of
Recovery Management Systems Corporation
For Capital Recovery II,As Assignee of
GE Capital - Old Navy,25 SE 2nd Avenue S
Miami FL 33131

JAMES E. STEVENS

⑈00000105⑈ ⑆021000021⑆312196358066⑈

008390260438 DEC 04 #0000000105 $124.63

008390260438 DEC 04 #0000000105 $124.63

JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 13th Floor, New York, NY 10004
VOID AFTER 90 DAYS
106
1-2/210
TTD #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

| Case | Debtor |
|---|---|
| 08-74099 MB 312196358066 | WOODFORD, TAMMY L |
| Dividend paid 18.20% on $964.46; Claim# 5; Filed: $964.46; Reference: | |

Date 11/30/2009 $ *********175.59

---One Hundred Seventy-Five Dollars and 59/100

Pay to the Order of
Recovery Management Systems Corporation
For Capital Recovery II,As Assignee of
GE Capital - JC Penney Co,25 SE 2nd Aven
Miami FL 33131

JAMES E. STEVENS

⑈00000106⑈ ⑆021000021⑆312196358066⑈

008390260461 DEC 04 #0000000106 $175.59

008390260461 DEC 04 #0000000106 $175.59

JPMorganChase

December 01, 2009 through December 31, 2009

Account Number: 000312196358066

ACCOUNT # 000312196358066
WOODFORD TAMMY L
08-74099

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 107

Case 08-74099 MB Debtor WOODFORD, TAMMY L
312196358066
Dividend paid 18.20% on $16,733.63; Claim# 6; Filed $16,733.63; Reference:

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 11/30/2009 $ *******3,046.46

---Three Thousand Forty-Six Dollars and 46/100

Pay to the Order of Recovery Management Systems Corporation
For Capital Recovery II,As Assignee of
Citibank,25 SE 2nd Avenue Suite 1120
Miami FL 33131

JAMES E. STEVENS

⑈0000010⑈ ⑆021000021⑆312196358066⑈

008390260435 DEC 04 #0000000107 $3,046.46

008390260435 DEC 04 #0000000107 $3,046.46

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 108

Case 08-74099 MB Debtor WOODFORD, TAMMY L
312196358066
Dividend paid 18.20% on $58.50; Claim# 8; Filed $58.50; Reference:

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 11/30/2009 $ **********10.65

---Ten Dollars and 65/100

Pay to the Order of Acct Rev Svc
5183 Harlem Rd Ste
Loves Park IL 61111

JAMES E. STEVENS

⑈00000108⑈ ⑆021000021⑆312196358066⑈

007380783970 DEC 03 #0000000108 $10.65

PAY TO THE ORDER OF
TRUST ACCOUNT

886232269 RCR 12/03/2009 +8719255554+

007380783970 DEC 03 #0000000108 $10.65

10183810605000000066

00431130030010015020



**JPMorganChase**

December 01, 2009 through December 31, 2009

Account Number: **000312196358066**

ACCOUNT # 000312196358066
WOODFORD TAMMY L
08-74099



007790753359 DEC 10 #0000000109 $19.96



007790753359 DEC 10 #0000000109 $19.96

